No. 72–766. CALABRO v. UNITED STATES, 410 U. S. 926;

No. 72–5099. DuBOSE v. CRAVEN, WARDEN, ET AL., 409 U. S. 1130; and

No. 72–5173. WADDELL v. NORTH CAROLINA, 409 U. S. 952. Motions for leave to file petitions for rehearing denied.

APRIL 23, 1973

No. 72–993. SAGER ET UX. v. BURGESS OF POTTSTOWN ET AL. Affirmed on appeal from D. C. E. D. Pa. ■

No. 72–1104. R–C MOTOR LINES, INC. v. UNITED STATES ET AL. Affirmed on appeal from D. C. M. D. Fla.

No. 72–1234. SILVERMAN, ADMINISTRATOR v. BROWN-ING ET AL. Affirmed on appeal from D. C. Conn. MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 71–1263. KAHN ET UX. v. ARIZONA STATE TAX COMMISSION. Appeal from Ct. App. Ariz. Motion to dispense with printing jurisdictional statement granted. Appeal dismissed for want of substantial federal question.

MR. JUSTICE DOUGLAS, with whom MR. JUSTICE BREN-NAN concurs, dissenting.

Appellants, after exhausting administrative remedies, brought suit in the Superior Court of the State of Arizona to recover personal income tax assessments paid under protest for the years 1967–1969. The assessments in question were imposed on the income of the appellant